IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRANKENMUTH MUTUAL
INSURANCE COMPANY,

Plaintiff,

v.

CLAWFOOT SUPPLY LLC, *et al.*,

Defendants.

Case No. 19-cv-626 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 4, 2020**          **MARGARET M. ROBERTIE, Clerk of Court**

                                 **s/Tina Gray, Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**